No. 90–8003. KUKES v. SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY (ALLSTATE INSURANCE CO., REAL PARTY IN INTEREST). Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 90–8004. COOPER v. NASH ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–8006. BURTON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 90–8008. TURNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8010. RUIZ-RAVELO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8011. GRANT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–8012. WINDBUSH v. PERALES ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 90–8016. TIGNER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–8017. RILEY v. PLANTIER, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER. C. A. 3d Cir. Certiorari denied.

No. 90–8020. COSNER v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 90–8022. STEWART v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–8026. MORGAN v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 90–8027. JORDAN v. BARNETT, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 90–8028. LUCAS ET AL. v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.